NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSHUA J. ANGEL,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-2140

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00800-RMM, Judge Robin M. Meriweather.

---

## O R D E R

Upon consideration of Joshua J. Angel's statement that he "does not object to the dismissal of his appeal as untimely," ECF No. 5 at 1, and the United States's response to the court that each party should bear its own costs upon dismissal, ECF No. 8 at 1,

IT IS ORDERED THAT:

(1) The appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

(2)  Each side shall bear its own costs.

FOR THE COURT



January 22, 2026
         Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: January 22, 2026